Mayo *et al. v.* Thigpen, ordinary, for use, etc.

Fish, C. J. Under the evidence and the law applicable thereto the verdict directed by the court was demanded.

*Judgment affirmed. By five Justices, all concurring.*

September 12, 1916.

Action upon bond. Before Judge Kent. Laurens superior court. January 28, 1915.

*Davis & New, T. W. Evans,* and *Evans & Evans,* for plaintiffs in error. *Faircloth & Claxton* and *J. S. Adams,* contra.